CR 19-254 PJS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 113(a)(3) |
| | 18 U.S.C. § 924(d) |
| v. | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| DILLON GEORGE TAYLOR, | 28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
**(Assault with a Dangerous Weapon)**

On or about November 22, 2018, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the Defendant,

**DILLON GEORGE TAYLOR,**

an Indian, did assault S.H., A.G., and D.S., with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153(a).

### FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in any violation of sections 113(a)(3), 1151, and 1153(a).

SCANNED
OCT 02 2019
U.S. DISTRICT COURT MPLS

Writing:

<u>United States v. Dillon George Taylor</u>

Date: October 1, 2019

ERICA H. MacDONALD
United States Attorney

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney
Attorney ID No. 0396420